

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-30,408-17

### IN RE DEREK MITCHELL BAILEY, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 94-0857-CR IN THE 25TH DISTRICT COURT
### FROM GUADALUPE COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that on or about December 5, 2018, and January 9, 2019, he mailed applications for writs of habeas corpus to the Guadalupe County District Clerk's Office. He contends that the district clerk returned his applications without filing them.

In these circumstances, additional facts are needed. Respondent, the Guadalupe County District Clerk, shall state whether Relator mailed Article 11.07 applications on or about the above dates and, if so, whether Respondent filed his applications. This motion for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response.  Her

response shall be submitted within 30 days of the date of this order.


Filed:          February 27, 2019
Do not publish